| In re: | Richard J. Garza, Jr. | ) | Case No. 18-16989 |
|---|---|---|---|
|  | Emily A. Garza | ) | Chapter 13 Proceedings |
|  | Debtors | ) | Judge Arthur I. Harris |

**TRUSTEE'S MOTION FOR ORDER DETERMINING DISCHARGE INELIGIBILITY**

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court for an order determining that the Debtors are not eligible for discharge in this case. In support of her motion, Trustee makes the following representations to the Court:

Pursuant to §1328(f) of the Bankruptcy Code, the history of the previous Bankruptcy filings of the Debtors has rendered the Debtors ineligible for a discharge in the case at bar.

| Case No. | Date Filed | Chapter |
|---|---|---|
| 15-11175 | March 7, 2015 | 7 |

**WHEREFORE**, your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant this Motion determining the Debtors are not eligible for a discharge in this case for the reasons cited.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on January 2, 2019, a true and correct copy of Trustee's Motion for Order Determining Discharge Ineligibility was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

>William J Balena, on behalf of Emily A. Garza & Richard J. Garza, Jr., Debtors at Docket@Ohbksource.Com

And by regular U.S. mail, postage prepaid, on:

>Emily A. Garza & Richard J. Garza, Jr., Debtors, at 2028 East 37th Street, Lorain, OH 44055

**Ally Bank**
P.O. Box 130424
Roseville, MN 55113-0004

**Ally Financial Inc**
P.O. Box 380901
Bloomington, MN 55438

**Amerifinancial Solutions**
P.O. Box 65018
Baltimore, MD 21264

**Attorney James Foos Jr.**
P.O. Box 16444
Rocky River, OH 44116

**Bright Now Dental**
4785 N Leavitt Road
Lorain, OH 44053

**Capital One**
P.O. Box 6492
Carol Stream, IL 60197

**Capital One Bank (USA), N.A.**
P.O. Box 71083
Charlotte, NC 28272-1083

**Care Credit/ Synchrony Bank**
P.O. Box 965036
Orlando, FL 32896

**Credit One**
P.O. Box 98872
Las Vegas, NV 89193

**Dovin Funeral Home**
2701 Elyria Ave
Lorain, OH 44055

**Fed Loan**
P.O. Box 69184
Harrisburg, PA 17106

**Fed Loan Servicing**

P.O. Box 530210
Atlanta, GA 30353

**Kohl's**
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051

**Lorain Municipal Court**
200 West Erie Avenue
Lorain, OH 44052

**One Main Finance**
2279 Cooper Foster Park Rd Unit A
Amherst, OH 44001

**OneMain**
P.O Box 3251
Evansville, IN 47731-3251

**Penn Foster School**
925 Oak Street
Scranton, PA 18515

**Physicians Link Center**
2620 Ridgewood Road, #300
Akron, OH 44313

**PRA Receivables Management, LLC**
P.O. Box 41021
Norfolk, VA 23541

**U S Bank Home Mortgage**
4801 Frederica Street
Owensboro, KY 42301

**USCB Corporation**
761 Scranton Carbondale Hwy, #6
Eynon, PA 18403

**Walmart**
P.O. Box 965024
El Paso, TX 79998

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com